UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY McCULLEY                                                                                PETITIONER

V.                                          NO. 5:18-cv-00099-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 8th April, 2019.

_____
UNITED STATES DISTRICT JUDGE